

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00448-CV

Richard Charles **SCHLOTTMANN**, Sheryl Arlene Sanders and Lisa Maria Spencer,
Appellants

v.

Michael Anthony **VACEK**, Individually and as Independent Executor of the Estate of
Bernadette Schlottmann, Deceased; Kelly Joseph Vacek; and Russell Eric Vacek,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15984A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
 Luz Elena D. Chapa, Justice
 Jason Pulliam, Justice

Delivered and Filed:  October 5, 2016

DISMISSED

The parties filed a joint motion to dismiss this appeal.  Their motion states "the parties have

fully and finally compromised and settled all the disputes between them."

The parties' joint motion to dismiss this appeal is granted; this appeal is dismissed.  *See*

TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181

(Tex. 2001) (per curiam).

PER CURIAM